# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00812-CR

### Ex parte Patricia Betts

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**NO. 22-0975-K368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Patricia Betts has filed a motion to dismiss her appeal.  The motion is signed by both appellant and her  attorney.  *See* Tex. R. App. P. 42.2(a).  We grant the motion and dismiss the appeal.  *See id.*

_____

Chari L. Kelly, Justice

Before Justices Baker, Triana, and Kelly

Dismissed on Appellant's Motion

Filed:  January 31, 2024

Do Not Publish